**E-FILED**
Tuesday, 05 December, 2006  12:19:11 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

GLENN VERSER,
   Plaintiff,

   vs.                                   No. 05-1067

MAJOR RAINS, et.al.,
   Defendants

<u>Order</u>

On October 20, 2006, the court entered summary judgment in favor of defendants and closed this case.  (d/e's 179, 180).  On November 16, 2006, the plaintiff filed a motion for extension to file a motion for reconsideration, asserting that he did not receive the court's ruling until November 3, 2006, and was in punitive segregation.

The plaintiff states only that his motion for reconsideration will raise "highly relevant" issues, but gives no hint about what those issues are.  The plaintiff says he is without paper, but his motion was submitted on four pages of paper, which could have been used to outline his argument.  Summary judgment was granted to the defendants because of the plaintiff's lack of evidence.  The plaintiff's motion for extension gives no reason why that ruling should be disturbed.

IT IS THEREFORE ORDERED that the plaintiff's motion for an extension to file a motion for reconsideration is denied (d/e 181).

Entered this <u>5th</u> day of <u>December</u>, 2006.

**s\Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE